**EXHIBIT C**

# EXHIBIT C

**EXHIBIT C**

# CURRICULUM VITAE

# DAMON J. FALDOWSKI
10 Carriage Trade Drive
Washington, PA 15301
(724) 225-6822 (H)
(724) 255-3834 (C)
djf@pflo.com or damon@noblemediation.com

## EDUCATION

| | |
|---|---|
| Washington & Jefferson College | September 1968 to January 1972 – B.A. |
| Washington, PA | |
| California University of PA | June 1971 – August 1971 |
| South Texas College of Law | May 1974 to August 1976 – J.D. |
| Houston, TX | Academic Honor Society – Order of Lytae |

## CURRENT POSITION

noblemediation, LLC – Mediator and Arbitrator    January 1, 2018 - present

## LEGAL EXPERIENCE

Law Offices of Damon J. Faldowski            May 1977 to July 1978
33 West Beau Street
Washington, PA 15301

Phillips & Faldowski, P.C.                August 1978 to 1990
29 East Beau Street
Washington, PA  15301

Phillips, Faldowski & McCloskey, P.C.            1990 to Oct. 1997
29 East Beau Street
Washington, PA  15301

Phillips & Faldowski, P.C.                November 1997 to July 12, 2016
29 East Beau Street
Washington, PA  15301

Appointed by Pennsylvania Governor Tom Wolf
to serve as a Judge of the Court of Common Pleas
of Washington County, Pennsylvania,
27th Judicial District                    July 12, 2016 to December 31, 2017

- <u>From May 1977 until October 1997</u>.
  My primary emphasis was medical malpractice, motor vehicle accident and professional liability defense. I litigated cases on a regular basis in at least eight counties and tried approximately 85 jury trials to verdict.

- <u>From November 1997 to July 12, 2016</u>.
  My practice has continued to be concentrated on personal injury litigation, with a primary emphasis on representing Plaintiffs in State and Federal Courts and injured workers in Administrative Proceedings. During this time I tried approximately 15 jury trials to verdict.

- I served as the lead counsel on all of the cases that were tried to a conclusion, including jury trials, bench trials, and administrative proceedings.

- I served as a court appointed mediator and judge where I presided over mini-trials for Washington County and was selected, by various litigants, as a neutral arbitrator involving various uninsured and underinsured motorist cases and disputes concerning oil and gas matters.

- Approved to serve as a neutral arbitrator by the United States District Court for the Western District

- Municipal Solicitor:

    | | |
    |---|---|
    | McDonald Borough | 1978 – 1984 |
    | City of Washington | 1988 – 1992 |
    | North Franklin Township | 1992 - 1999 |

- In addition to concentrating on civil litigation the past 35 years, I served as an Assistant District Attorney for Washington County. I also handled defense of criminal cases during the first five years of my practice.

- I have conducted in excess of 200 mediations.

## LICENSURE

Supreme Court of PA                                    Admitted May 1977

U.S.D.C. for Western District of PA

U.S. Third Circuit Court of Appeals

U.S. Supreme Court

## PROFESSIONAL MEMBERSHIPS

| Association | Position |
|---|---|
| Allegheny County Bar Association | Member |
| Pennsylvania Bar Association | Member |
| Washington County Bar Association | Executive, Ethics and Rules (Chairperson) Committees, Court selected Mediation Panel Member and Judge of mini-trial cases |
| American College of Trial Lawyers | Fellow |
| Academy of Trial Lawyers of Southwestern Pennsylvania | Past President, Vice-President and Treasurer |
| Pennsylvania Association for Justice | Member |
| Litigation Counsel of America | Fellow |
| National Association of Distinguished Counsel | Member |
| Western Pennsylvania Trial Lawyers Assoc. | Member |

## PRESENTATIONS

Guest lecturer for continuing legal education presentations sponsored by the Washington County Bar Association and the Academy of Trial Lawyers of Southwestern Pennsylvania.  I have also been a guest lecturer on multiple occasions at the University of Pittsburgh School of Nursing discussing updates concerning medical malpractice.

## RATINGS

Martindale-Hubbell: AV Rated

Designated PA Super Lawyer

## HONORS AND AWARDS

Martindale-Hubbell - AV Preeminent Rated
Peer Rated for Highest Level of Professional Excellence

Pennsylvania Super Lawyer

2015 National Association of Distinguished Counsel - Nation's Top 1%

Pittsburgh Magazine - 2015 Top Attorneys in Pittsburgh

2016 Best Attorneys of America - Rue Ratings

Million Dollar Advocates Forum - Life Member

Multi-Million Dollar Advocates Forum - Member

Washington County Bar Association 2009 Pro-Bono Service Certificate of Appreciation

Advisor of the Year - Avella Mock Trial Team 2001-2002

## COMMUNITY ACTIVITIES

| Organization | Position |
| --- | --- |
| Active member of the Immaculate Conception Catholic Church | Eucharistic Minister – 1988 to present |
| Knights of Columbus | Member |
| TWIST Softball | Girls Softball Coach – 1987 to 1996 |

| | |
|---|---|
| Washington Youth Baseball | Manager/Coach – 1989 to 1998 |
| Washington Youth Baseball Council | Member |
| Avella High School Mock Trial Team | Volunteer Coach – 2001 to 2005 |
| World Series Tournaments, Inc. | Board Member – 2003 to 2010 |

## **RELIGIOUS**

| | | |
|---|---|---|
| Immaculate Conception | 1988 to present | Eucharistic Minister |
| Knights of Columbus | 1990 to present | Member |

## **PRO BONO SERVICE**

Washington County Bar Association Pro Bono Service Certificate of Appreciation – 2009

Dominican Republic Outreach Mission Trip – 2015 and 2016

## **PERSONAL**

| | |
|---|---|
| Married: | Dianne McClelland Faldowski |
| Children: | Julie C. Pryor<br>D.J. Faldowski<br>Mark R. Faldowski |
| Grandchild: | Kaleigh Ann Faldowski<br>Sloane Robbie Faldowski<br>Damon John Faldowski III |