IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAWN P. LEWIS, | ) | **CIVIL ACTION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **Case No.: 2:17-cv-01409** |
| | ) | |
| MID-CENTURY INSURANCE | ) | |
| COMPANY, a wholly owned subsidiary | ) | |
| of FARMERS INSURANCE GROUP | ) | |
| | ) | |
| Defendant. | ) | Judge Lisa Lenihan |

## **VERDICT**

WE THE JURY unanimously find as follows:

1. Do you find that Plaintiff, Shawn P. Lewis, sustained past lost wages as a result of the automobile accident which occurred on October 22, 2013?

    **No**_____     **Yes**\_\_\_**X**\_\_\_\_\_

    If you answered "No" to Question 1, proceed to Question 3. If you answered "Yes" to Question 1, proceed to Question 2.

2. State the amount that Plaintiff, Shawn P. Lewis, sustained in past lost wages as a result of the motor vehicle accident which occurred on October 22, 2013.

    $ _147,513_

    Proceed to Question 3.

1

## FINAL INSTRUCTIONS

You have completed the verdict form. Have your foreperson and each juror sign and date the form below and seal it in an envelope. Inform the bailiff that you have reach a unanimous verdict.

_[signature]_
LEONARD BOSELOVIC
**JURY FOREPERSON**

_[signature]_
Samantha Stedford
**JUROR**

_[signature]_
Michael Heath
**JUROR**

_[signature]_ Kim Cooper
**JUROR**

_[signature]_
Guy Gordon
**JUROR**

_[signature]_
Michelle Dixon
**JUROR**

_[signature]_
Lori Evans
**JUROR**

_[signature]_
**JUROR**

Date: 3-5-20

3.  Do you find that Plaintiff, Shawn P. Lewis, will sustain future lost wages and/or a reduced earning capacity as a result of the automobile accident which occurred on October 22, 2013?

   No_____         Yes__X__

If you answered "No" to Question 3, proceed to Question 5. If you answered "Yes" to Question 3, proceed to Question 4.

4.  State the amount that Plaintiff, Shawn P. Lewis, will sustain in future lost wages and/or reduced earning capacity as a result of the motor vehicle accident which occurred on October 22, 2013.

   $ __11,457__

Proceed to Question 5.

5.  State the amount of damages you award to Plaintiff, Shawn P. Lewis, for past, present and/or future pain and suffering, mental anguish, disfigurement, and loss of enjoyment of life resulting from the injuries he sustained as a result of the motor vehicle accident which occurred on October 22, 2013.

   $ __75,000__

**Total Damages:**         $ __233,970__

Proceed to the Final Instructions, next page.