IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN P. LEWIS, | ) Civil Action |
| | ) |
| Plaintiff, | ) CASE NO: 2:17-cv-01409-LPL |
| | ) |
| vs. | ) |
| | ) |
| MID-CENTURY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

_____

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between plaintiff Shawn Lewis and all defendants who have appeared in this action, as follows:

1. This action was commenced on October 16, 2017.

2. The action is not a class action, a receiver has not been appointed, and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. This action is hereby dismissed, in its entirety, with prejudice.

Respectfully submitted,

**ROSEN & PERRY, P.C.**

By: /s/ Andrew G. Rothey
     Andrew G. Rothey, Esquire
     Attorney I.D. No.: 319108
     437 Grant Street, Suite 200
     Pittsburgh, PA 15219
     (412) 281-4200
     ARothey@caringlawyers.com

Attorney for Plaintiff

**CHARTWELL LAW OFFICES LLP**

By: /s/ Susan J. French
     Susan J. French, Esquire
     Attorney I.D. No.: 51112
     One Logan Square, 26th Floor
     130 North 18th Street
     Philadelphia, PA 19103
     (215) 972-7006
     sfrench@chartwelllaw.com

**CIPRIANI & WERNER, P.C.**

By: /s/ Jennifer M. Swistak
     Jennifer M. Swistak
     Rosemary A. Marchesani
     Attorney I.D. Nos.: 75959 & 50066
     650 Washington Road, Suite 700
     Pittsburgh, PA  15228
     412-563-2500
     jswistak@c-wlaw.com

Dated April 6, 2020        Attorneys for Defendant Mid-Century Insurance Company

## **CERTIFICATE OF SERVICE**

I, Andrew G. Rothey, Esquire, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically on the following:

The Honorable Lisa Pupo Lenihan
United States District Court
Western District of Pennsylvania
700 Grant Street
Pittsburgh, PA 15219
Judge_Lisa_Lenihan@pawd.uscourts.gov

Susan J. French, Esquire
Chartwell Law Offices, LLP
One Logan Square, 26th Floor
130 North 18th Street
Philadelphia, PA 19103
sfrench@chartwelllaw.com

Jennifer M. Swistak, Esquire
Cipriani & Werner, P.C.
650 Washington Road, Suite 700
Pittsburgh, PA  15228
jswistak@c-wlaw.com

**ROSEN & PERRY, P.C.**

By:   /s/ Andrew G. Rothey
      Andrew G. Rothey, Esquire
      437 Grant Street, Suite 200
      Pittsburgh, PA 15219
      ARothey@caringlawyers.com

Dated: April 6, 2020